

FILED
CLERK, U.S. DISTRICT COURT

AUG - 1 2023

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>V.<br><br>ION BOANA,<br><br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:23-MJ-00387 |

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of __the Defendant__ , IT IS ORDERED that a detention hearing is set for __August 4, 2023__ , _____ , at __1:00__ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick__ , in Courtroom __6B__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   *(Other custodial officer)*

Dated: __August 1, 2023__       _____
                               Douglas F. McCormick
                               U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                 Page 1 of 1